PHILLIPS NIZER LLP

485 Lexington Ave
New York, NY 10017-2643
212.977.9700
Fax 212.262.5152

Continental Plaza
433 Hackensack Avenue
Suite 803
Hackensack, NJ 07601
201.487.3700

www.phillipsnizer.com

New York  New Jersey

Judith L. Swartz, Esq.
(212) 841-0585
jswartz@phillipsnizer.com

July 29, 2026

**VIA ECF**
Magistrate Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *ZLZ Textile Inc. v. Montage Management LLC d/b/a Lifted Research Group*, Case No. 26-cv-3984

Dear Judge L. Rochon,

This firm represents defendant Montage Management LLC d/b/a Lifted Research Group ("Defendant"). We write pursuant to Rule 1.F. of Your Honor's Individual Rules to respectfully request that the initial pretrial conference currently scheduled August 5, 2026 be adjourned. The reason for this request is that Defendant's counsel will be out of town on a pre-planned vacation.

This is Defendant's first request for an adjournment of this conference. Plaintiff's counsel consents to the requested adjournment of the conference and we provide the Court with the following alternative dates of mutual availability: August 19, August 20, August 24, or August 25. This adjournment will not affect other deadlines in this matter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Judith L. Swartz

Judith L. Swartz

Request GRANTED. The initial pretrial conference will be held on August 25, 2026, at 10:00 a.m. The conference will be held remotely, via Microsoft Teams. Counsel will receive log-in credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 588 295 868#. The parties are reminded to submit their joint letter and proposed case management plan in accordance with the Court's order at Dkt. 5. The Clerk of Court is respectfully directed to close the motion at Dkt. 15.

Dated: July 30, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

Cc: All parties (via ECF)